### TILLOTSON *v.* CHEETHAM, 5 J. R. 430.
In S. Ct., 2 J. R. 63.

*Libel ; Amendment of Record ; Practice ; Defective Declaration when aided by Verdict.*

ACTION for a libel.   In this case, before the hearing on the writ of error, a motion was made to the Court of Errors, (reported 4 J. R. 499,) to amend the record by sending the transcript down to the Supreme Court, where the record had

been amended, since the writ of error was brought, by striking out or entering a *nolle prosequi* on *one* count of the declaration.

The Court of Errors held that the transcript ought not to be sent back to be amended, but that the Court of Errors itself might amend the record, or award a *certiorari* to bring up the record from below, and the motion to send back the transcript was *denied.* (See note to report of this case, 4 J. R. 509.)

On the argument of the writ of error, on the merits, the Court of Errors held, that the judgment of the Supreme Court must be reversed, on the ground that the second count of the declaration was essentially defective, and as the plaintiff had judgment on the counts *generally,* it was error, and the record not susceptible of amendment, so as to cure the defect.

Judgment <em>reversed.</em>

[It was also made a question in the Court of Errors, whether the declaration contained one count only, or two distinct counts. The court held that there were two counts.]